# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER ELIZABETH AZKOUL,<br><br>                Petitioner,<br><br>   v.<br><br>D.K. JOHNSON, Warden,<br><br>                Respondent. | Case No. SACV 13-0564-ODW (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 18, 2014

                                                      OTIS D. WRIGHT, II
                                     UNITED STATES DISTRICT JUDGE